**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jeffrey Preston McCLUNG,
Defendant–Appellant.**

No. 02–7654.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 20, 2003.

Decided Feb. 26, 2003.

Jeffrey Preston McClung, Appellant Pro Se. Ray B. Fitzgerald, Jr., Office of the United States Attorney, Charlottesville, Virginia, for Appellee.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Jeffrey Preston McClung, a federal prisoner, seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). An appeal may not be taken from the final order in a habeas corpus proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court on the merits absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). As to claims

dismissed by a district court solely on procedural grounds, a certificate of appealability will not issue unless the movant can demonstrate both "(1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" *Rose v. Lee,* 252 F.3d 676, 684 (4th Cir.) (quoting *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000)), *cert. denied,* 534 U.S. 941, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001). We have reviewed the record and conclude for the reasons stated by the district court that McClung has not made the requisite showing. *See United States v. McClung,* Nos. CR–97–30031; CA–02–700–7 (W.D.Va. May 31, 2002). Accordingly, we deny McClung's motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*